TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00699-CV

City of New Braunfels, Appellant

v.

Teri May, Appellee

FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT

NO. C96-434B, HONORABLE JACK ROBISON, JUDGE PRESIDING 

 Appellant has filed a Stipulation of Dismissal. We treat this as a motion to dismiss,
grant the motion, and dismiss this appeal. See Tex. R. App. P. 42.1(a)(1).

 

 Lee Yeakel, Justice.

Before Justices Jones, Yeakel and Patterson

Dismissed on Appellant's Motion

Filed: February 25, 2000

Do Not Publish